UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61822-Civ-Dimitrouleas/Rosenbaum

CECELIA A. HICKS,
on behalf of herself and
all others similarly situated,

       Plaintiff,

v.

CLIENT SERVICES, INC.,

       Defendant.
_____/

## FIRST AMENDED CLASS ACTION COMPLAINT
## JURY DEMAND

1.     Plaintiff, CECELIA A. HICKS, on behalf of herself and all others similarly situated, alleges that Defendant, CLIENT SERVICES, INC., violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. (hereinafter "FDCPA"), by failing to identify itself and failing to inform the consumer that "this is an attempt to collect a debt."

### I.  JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## II.  PARTIES

3. Plaintiff, CECELIA A. HICKS, is a natural person who resides in Broward County, Florida.  Ms. Hicks is a "consumer" as defined by 15 U.S.C. §1692a(3).

4. Defendant, CLIENT SERVICES, INC., is believed to be a corporation with its principal place of business at 3451 Harry S. Truman Boulevard, St. Charles, Missouri 63301.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.  It is a "debt collector" as defined in the FDCPA.

## III.  FACTUAL ALLEGATIONS

7. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

8. Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

September 7, 2007
Hi. This message is for Cecelia Wilson or Willie Hicks. My name is Barbara Norman. My phone number is 1-800-521-3236, extension 3856. This is regarding a personal matter. I need you to call me back. Once again my number is 800-521-3236, extension 3856. Thank you.

>September 21, 2007
>This message is for Cecelia Hicks. My name is _____ (inaudible) and it is very important that you return my call. The number is 1-800-521-3236 and my extension is 4715.

9. Based upon information and belief, Defendant left similar or identical messages on other occasions within one year of the filing of this Complaint. (Collectively, "the telephone messages").

10. The telephone messages are "communications" as defined by 15 U.S.C. §1692a(2).

11. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector, identify itself, and failed to inform the consumer that "this is an attempt to collect a debt."

## IV.  CLASS ACTION ALLEGATIONS

12. This action is brought as a class action.

13. The FDCPA class is defined as (i) all Florida residents (ii) to whom Defendant Client Services left a telephone message similar to the message left for Ms. Hicks (iii) in an attempt to collect a debt incurred for personal, family, or household purposes (iv) during the one year period prior to the filing of the Complaint in this matter through the date of class certification.

14. Plaintiff alleges on information and belief based on Defendant's use of uniform telephone messages is so numerous that joinder of all members is impractical.

15. There are questions of law and fact common to the class, which common issues predominate over any issues involving only individual class members. The principal issues are:

    a. Whether Defendant is a debt collector.

    b. Whether Defendant's telephone messages violate the FDCPA.

16. The claims of Ms. Hicks are typical of those of the class members. All are based on the same facts and legal theories.

17. Ms. Hicks will fairly and adequately protect the interests of the class. She has retained counsel experienced in handling actions involving unlawful practices under the FDCPA and class actions. Neither Plaintiff nor her counsel have any interests which might cause them not to vigorously pursue this action.

18. Certification of a class under Rule 23(b)(2) of the Federal Rules of Civil Procedure is appropriate in that Defendants have acted on grounds generally applicable to the class thereby making appropriate declaratory relief with respect to the class as a whole.

19. Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is also appropriate in that:

      a.      The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

      b      A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

20. Plaintiff requests certification of a hybrid class action combing Rule 23(b)(2) for equitable relief with Rule 23(b)(3) for monetary damages.

## V.   COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff incorporates the foregoing paragraphs.

22. Defendant failed to disclose in the telephone messages that it is a debt collector and that "this is an attempt to collect a debt" in violation of 15 U.S.C. §1692e(11).  See: *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (S.D.N.Y. 2006); *Begin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M.D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (S.D.N.Y., Sept. 18, 2006).

23. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C. §1692d(6).  See: *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp.

591, 593 (N.D.Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp.2d 1104 (S.D.Cal. 2005).

## VI. REQUEST FOR RELIEF

Cecelia A. Hicks requests that the Court enter judgment in favor of herself and the class she seeks to represent against Defendant, Client Services, Inc. for:

- A. Certification of this matter to proceed as a class action;

- B. Declaratory judgment that Client Services Inc. telephone messages violate the FDCPA;

- C. Statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(B);

- D. Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C. §169sk(a)(3), and

- E. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff, CECELIA A. HICKS, demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: s/Donald A. Yarbrough
   Donald A. Yarbrough, Esq.
   Florida Bar No. 0158658

6

                O. Randolph Bragg
                Craig M. Shapiro
                HORWITZ, HORWITZ & ASSOCIATES
                25 East Washington Street, Suite 900
                Chicago, IL 60602
                (312) 372-8822
                rand@horwitzlaw.com

                **ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61822-Civ-Dimitrouleas/Rosenbaum

CECELIA A. HICKS,
on behalf of herself and
all others similarly situated,

      Plaintiff,

v.

CLIENT SERVICES, INC.,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on February 2, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              s/Donald A. Yarbrough
              Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Alejandro Perez, Esq.
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Second Floor
3440 Hollywood Boulevard
Hollywood, FL 33021
Telephone 954-961-1400
Facsimile 954-967-8577
aperez@conroysimberg.com

Via Notices of Electronic Filing generated by CM/ECF