UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61822-Civ-Dimitrouleas/Rosenbaum

CECELIA A. HICKS,
on behalf of herself and
all others similarly situated,

       Plaintiff,

v.

CLIENT SERVICES, INC.,

       Defendant.

_____/

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Cecelia A. Hicks, on behalf of herself and the classes she seeks to represent, move this Court for an entry of summary judgment on the basis that Defendant Client Services, Inc. ("CSI")

- violated the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 *et seq.* ("FDCPA") by (1) failing to disclose in its telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11) and (2) leaving telephone messages without making meaningful disclosure of its identity in violation of 15 U.S.C. §1692d(6).

1

- violated the Telephone Consumer Protection Act, 47 §§ 227 *et al.* (hereinafter "TCPA"), by using an automatic telephone dialing system to telephone  cellular telephone service of Ms. Hicks and the members of the TCPA class.

Declaratory judgment that Defendant's practices violated the FDCPA and TCPA is requested.  Injunctive relief enjoining CSI from using an automatic telephone dialing system to telephone  cellular telephone service is also sought.  Entry of statutory damages pursuant to the FDCPA in the amount of $1,000 for Ms. Hicks and $231,251 for the class (1% of CSI's net worth of $23,125,102) and minimum statutory damages pursuant to the TCPA in the amount of $500 for each telephone call using an automatic telephone dialing system to telephone cellular telephone service of Ms. Hicks and the members of the TCPA class is requested. Plaintiff seeks treble damages under the TCPA because Defendant's violations were willful.

CSI placed 48 telephone calls to Ms. Hicks cellular telephone. Minimum statutory damages under the TCPA are $500 per violation. Ms. Hicks minimum statutory damages are $24,000 ($500 x 48). The Court may treble the $500 upon a showing that the violations were willful. Because Defendant made no

2

effort whatsoever to comply with the TCPA, its violations are willful and the $500 minimum statutory damages should be trebled to $1,500 per call for both Ms. Hicks and the class members. Ms. Hicks seeks statutory damages of $72,000 ($500 x 48 calls x 3) for the calls placed to her. The precise dollar amount of statutory damages due the class members for Defendant's violation of the TCPA cannot be determined at this time because Defendant has not produced the number of members of the TCPA class.

In ruling on Plaintiff's Motion to Compel, (DE 43) Magistrate Rosenbaum ordered Defendant (DE 60) to produce information identifying the residents of Florida to whom Defendant placed calls using an automatic dialing system to cellular telephones, on a rolling basis by making daily production starting October 13, 2008 and producing all information no later than October 27, 2008. As of the filing of this Motion, Defendant has not produced any information at all in response to Magistrate Rosenbaum's Order and Plaintiff will take appropriate action to further compel production and requests this Court allow Plaintiff to supplement her motion with the number of calls placed to Florida residents once Defendant produces that information.

In support of this motion, Plaintiff submit the accompanying

3

Memorandum and Plaintiffs' Statement of Material Facts with supporting

Appendices.  As set forth in Plaintiff's Memorandum, the undisputed facts

establish that Defendant CSI has violated the FDCPA and the TCPA.

WHEREFORE, Plaintiff Cecelia A. Hicks requests that summary

judgment be entered in her favor and in favor of the FDCPA and TCPA classes

against Defendant Client Services, Inc. for declaratory judgment, injunctive

relief, and statutory damages that Defendant's practices violate the FDCPA and

the TCPA.

Respectfully submitted,

s/ Donald A. Yarbrough
DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
donyarbrough@mindspring.com

s / Craig M. Shapiro
Craig M. Shapiro

4

HORWITZ, HORWITZ & ASSOC.
25 East Washington Street
Suite 900
Chicago, IL 60602
(312) 372-8822
(312)  372-1673 (FAX)

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61822-Civ-Dimitrouleas/Rosenbaum

CECELIA A. HICKS,
on behalf of herself and
all others similarly situated,

     Plaintiff,

     v.

CLIENT SERVICES, INC.,

     Defendant.
_____/

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 17, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                           s/Donald A. Yarbrough
                           Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
2124 West Kennedy Boulevard, Suite A
Tampa, FL 33606

Via Notices of Electronic Filing generated by CM/ECF