UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61822-CIV-DIMITROULEAS/ROSENBAUM

CECELIA A. HICKS,
on behalf of herself and
all others similarly situated,

    Plaintiff,

vs.

CLIENT SERVICES, INC.,

    Defendant.
_____/

## **ORDER**

This matter is before the Court on Plaintiff's Expedited Motion to Require Defendant to Explain the 115% Increase in the Class Size and to Require Defendant to File Any Motion for Decertification by a Date Certain Prior to Sending Class Notice [D.E. 114] pursuant to an Order of reference entered by the Honorable William P. Dimitrouleas. [D.E. 116]. Judge Dimitrouleas referred only the portion of the pending motion regarding Plaintiff's request for an explanation for the increase in the class size from 56,898 to 122,810 members.

On March 20, 2009, the Court issued an Order Expediting the Briefing Schedule of this matter. [D.E. 117]. Thereafter, Defendant filed its Affidavit in Response to Plaintiff's Expedited Motion. [D.E. 119]. Specifically, Defendant provided the affidavit of Conrad P. Schopp, Vice President of Technology for Defendant, in which Mr. Schopp explained how the original class list grew by approximately 115%. Mr. Schopp stated that, due to an error, his original search of Defendant's database failed to identify individuals who had been contacted by Defendant multiple times on a single day. On March 31, 2009, Plaintiff filed her Reply and, thus, the matter is now ripe

for disposition.

After reviewing the Motion, Response, and Reply, the Court finds that Plaintiff's Expedited Motion to Require Defendant to Explain the 115% Increase in the Class Size [D.E. 114] should be denied as moot. As noted above, the portion of the motion referred to the undersigned requested relief in the form of an explanation by Defendant of the increase in the class size. Defendant's March 25, 2009, Response, which included the affidavit of Mr. Schopp, provided the explanation requested. Although Plaintiff may not be satisfied with the explanation provided and may further challenge the inclusion of some of the additional names in the class, the fact is that Defendant has provided an explanation of how the class increased in size. Hence, Plaintiff's Motion is now moot.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Expedited Motion to Require Defendant to Explain the 115% Increase in the Class Size [D.E. 114] is **DENIED AS MOOT**.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 1st day of April, 2009.

ROBIN S. ROSENBAUM
United States Magistrate Judge

cc: Honorable William P. Dimitrouleas
     counsel of record