UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61822-CIV-DIMITROULEAS

CECELIA A. HICKS, on behalf of
herself and all others similarly situated,

    Plaintiff,                                                     Magistrate Judge Snow

vs.

CLIENT SERVICES, INC.,

    Defendant.
_____/

## PRELIMINARY APPROVAL ORDER

This matter coming before the Court on Plaintiff's and Defendant's Joint Motion for Preliminary Approval of Class Settlement and notice to the class, the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that the Joint Motion for Preliminary Approval of Class Settlement [DE 171] is hereby APPROVED. It is further ORDERED AND ADJUDGED:

1.    The Court finds that the proposed Settlement Agreement ("Agreement") (Exhibit A to the parties' Joint Motion) is reasonable, fair, and adequate and grants preliminary approval to it.

2.    A hearing on the fairness and reasonableness of the Agreement and whether final approval shall be given to it will be held before this Court on September 8, 2009 at 9:00 A. M.

3.    The Court finds that mailing of the class notice approved herein and the other measures specified in the parties Agreement to locate and notify members of the Class is the only notice required and that such notice satisfies the requirements of due process and Fed. R. Civ. P.

1

23(c)(2)(B).

4. Class members shall have until August 31, 2009, to object to the proposed settlement. Any class members who wish to object to the settlement must submit an objection in writing to the Clerk of the United States District Court for the Southern District of Florida, and mail a copy to the Class Administrator by August 31, 2009. Any objection must include the name and number of the case and a statement of the reasons why the objector believes that the Court should find that the proposed settlement is not in the best interests of the class. Objectors who have filed written objections to the settlement must also appear at the hearing and be heard on the fairness of the settlement.

5. The Court approves the proposed form of notice to the class attached to the parties' Joint Motion as Exhibit C-2, to be directed to the last known address of the class members as shown on Defendant's records as updated by an National Change Of Address search by the Class Administrator. Plaintiff will arrange for the Class Administrator to mail notice to class members on or before July 17, 2009, and, upon this Court's entry of an Order Granting Final Approval of Class Settlement, for settlement checks to be distributed pursuant to the Agreement.

6. Plaintiff shall file her Motion for an Award of Costs and Attorney Fees within thirty (30) days of the Court's entry of an Order Granting Final Approval of Class Settlement.

DONE AND ORDERED at Chambers in Fort Lauderdale, Broward County, Florida this 24th day of June, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record