UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61822-CIV-DIMITROULEAS

CECELIA A. HICKS, on behalf of
herself and all others similarly situated,

    Plaintiff,                                     Magistrate Judge Snow

vs.

CLIENT SERVICES, INC.,

    Defendant.
_____/

## ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT

This matter coming before the Court on Plaintiff's and Defendant's Joint Motion for Preliminary Approval of Class Settlement and the hearing on the fairness and reasonableness of the proposed Settlement Agreement ("the Agreement") [DE 171-2], the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.     On June 25, 2009, this Court preliminarily approved the Class Settlement Agreement reached between Plaintiff Cecelia Hicks and Defendant Client Services, Inc. The Court is informed that actual notice was sent by First Class, Inc., the third-party class administrator, via first-class mail to one hundred twenty-one thousand one hundred and one (121,101) class members. A total of nineteen thousand one hundred seventy-seven (19,177) envelopes were returned by the United States Postal Service marked not deliverable with no forwarding addresses available. Three class members timely opted out. [DE 132, 133, 138]. Six

1

class members were allowed to opt out after the deadline. [DE 175, 180]. Zero (0) objections were filed or received. Therefore, one hundred one thousand nine hundred fifteen (101,915) persons remain in the class.

2. On September 8, 2009, the Court held a fairness hearing to which Class members, including any with objections, were invited.

3. The Court finds that the provisions for notice to the class satisfy the requirements of Fed. R. Civ. P. 23 and due process.

4. The Court finds that the settlement is fair and reasonable, and hereby approves the Class Settlement Agreement submitted by the parties, including the release.

5. Defendant shall pay to each Class member who did not opt out, object to exclude him- or herself from the settlement and who can be located, a check in the amount of $1.47 representing their pro rata share of the $150,000.00 Class Settlement Fund, void sixty (60) days after issuance. Pursuant to the Agreement, Defendant will deliver the check in the amount of $150,000.00, representing the Class Settlement Fund, to Plaintiff's counsel within fifteen (15) days of the Effective Date. Plaintiff's counsel will administer payment to the class and the cy pres award to Legal Aid Service of Broward County.

6. Defendant shall pay Plaintiff $1,000.00 within fifteen (15) days of the Effective Date.

7. Class counsel, Donald A. Yarbrough and Craig M. Shapiro, shall petition the Court for attorney's fees and costs and expenses of this lawsuit within thirty (30) days of entry of this Order.

8. As of the date of this Order Plaintiff and the class members hereby remise, release

and forever discharge Defendant and its present or former partners, members, principals, insurers, parents, officers, directors, clients (only to the extent of any vicarious liability for the actions of Client Services, Inc., and not for any other liability) representatives, employees, agents, servants, predecessors, successors, subsidiaries, affiliates, shareholders, heirs, executors, administrators, and assigns (hereinafter collectively "RELEASED PARTIES") of and from all causes of action, suits, claims, demands, liabilities, judgments, debts, charges, and damages including any indemnity claims for payment of attorney's fees and costs, that were made or which could have been made by Plaintiff on behalf of herself and on behalf of the above-defined class in the lawsuit filed in the United States District Court for the Southern District of Florida entitled Hicks v. Client Services, Inc., Case No. 07-61822-CIV. This release is conditioned upon entry of this final approval order and the parties meeting their respective obligations stated herein and in the Agreement.

9. The Court finds the Settlement Agreement fair and made in good faith.

10. The Court retains jurisdiction over the interpretation, enforcement and implementation of the Settlement Agreement and of this Order. The parties are ordered to file a stipulation dismissing this case with prejudice after compliance with all requirements contained in this Order.

11. The Clerk shall close this case.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 15th day of September, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:    All counsel of record.