UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61822-CIV-DIMITROULEAS

CECELIA A. HICKS, on behalf of
herself and all others similarly situated,

    Plaintiff,                                          Magistrate Judge Snow

vs.

CLIENT SERVICES, INC.,

    Defendant.
_____/

### ORDER ENTERING AWARD OF ATTORNEY'S FEES AND COSTS

THIS CAUSE is before the Court upon the parties' Stipulation Regarding Costs and Attorney Fees [DE 192] filed on October 30, 2009. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Stipulation Regarding Costs and Attorney Fees [DE 192] is hereby **APPROVED**;

2. Plaintiff's Verified Motion for an Award of Costs and Attorney Fees [DE 185] is hereby **DENIED** as moot;

3. Plaintiff shall recover from the Defendant $200,000.00 in attorneys' fees and costs, payable to Plaintiff's counsel;

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of November, 2009.

/s/ William P. Dimitrouleas<br>
WILLIAM P. DIMITROULEAS<br>
United States District Judge

Copies furnished to:

Counsel of record